IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

REV. CLARENCE DOUGLAS ADAMS JR. §

v. § CIVIL ACTION NO. 6:16cv238

MARY FRANKLIN, ET AL. §

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Clarence Adams Jr., a former prisoner of the Texas Department of Criminal

Justice, Correctional Institutions Division proceeding *pro se*, filed this civil rights lawsuit under 42

U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that

the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3)

and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United

States Magistrate Judges. As Defendants, Adams named Lt. K. Harbin, law librarian J. Becraft,

officer Donna Arnold, and food service officers Mary Franklin, Joyce Ortego, and Jennifer Oller.

The Defendants Franklin, Harbin, Becraft, and Oller filed a motion to dismiss which argued

in part that Adams' claims are moot. The Magistrate Judge issued a Report recommending that the

motion to dismiss be granted and the lawsuit dismissed as moot. Adams received a copy of this

Report but filed no objections thereto; accordingly, he is barred from *de novo* review by the District

Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error,

from appellate review of the unobjected-to factual findings and legal conclusions accepted and

adopted by the District Court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415,

1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.

Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See*

1

*United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.")  It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 36) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the Defendants' motion to dismiss (docket no. 33) is **GRANTED** and the above-styled civil action is **DISMISSED AS MOOT.**  It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So Ordered and Signed**

**Jan 2, 2018**

_____

Ron Clark, United States District Judge